B6 Summary (Official Form 6 - Summary) (12/13)

**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

IN RE:                                                                  Case No. _____

**TRANKLE, KENNETH R & TRANKLE, PAULETTE** _____   Chapter **13** _____
                        Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 266,462.00 | | |
| B - Personal Property | Yes | 3 | $ 52,341.66 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 209,877.73 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | $ 39,707.74 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 3,990.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 3,626.00 |
| TOTAL | | 12 | $ 318,803.66 | $ 249,585.47 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

IN RE:                                                          Case No. _____

**TRANKLE, KENNETH R & TRANKLE, PAULETTE** _____ Chapter **13** _____
                                      Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| **TOTAL** | $ **0.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ 3,990.00 |
| Average Expenses (from Schedule J, Line 22) | $ 3,626.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 1,330.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 209,877.73 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 39,707.74 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 249,585.47 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE TRANKLE, KENNETH R & TRANKLE, PAULETTE                     Case No. _____
_____
                    Debtor(s)                                                              (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **617 W TOWNSHIP LINE RD, NORRISTOWN, PA 19403 TENANTS BY ENTIRITIES   EPPRAISAL FMV 266,462.00** | | J | **266,462.00** | **0.00** |
| | | **TOTAL** | **266,462.00** | |

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**eppraisal.com**

Sign Up | Sign In

Street Address _____ Zip Code or City, State

Home Values    Sell Your Home    Homes For Sale    Mortgage Rates    Home Remodel    Find a Pro    Mortgage Advice

Pennsylvania > East Norriton, PA

## 617 W Township Line Rd, East Norriton, PA 19403

### Current Mortgage Rates

| | Loan Product | Rate | APR | Est. Pmt* | |
|---|---|---|---|---|---|
| Capital Funding | 30-Year Fixed CONV | 4.125% | 4.212% | $1,224 | |
| | Call and lock in that rate today! | | | | (866) 500-4037 |
| CapitalOne | 30-Year Fixed CONV | 4.375% | 4.452% | $1,259 | |
| | | | | | (866) 764-1378 |

*Payment does not include taxes and insurance. Rates based on 250000 loan amount. Rate/APR terms offered by advertisers may differ from those listed above based on creditworthiness of the borrower and other differences between an individual loan and the loan criteria used for quotes. These quotes are from banks, thrifts and brokers who have paid for a web link in the listings above (more info on their loan programs can be found on their websites). Rates are based on, but not limited to, the following: a borrower with good to excellent credit and average income seeking a loan for a single family, owner occupied, one unit dwelling with a 20% down payment (or 80% loan to value ratio).

### Valuation Estimates

**eppraisal**

## $266,462

**Zillow.com**

## $292,127

617 W Township Line Rd East Norriton, PA 19403

### Other Resources

### Zipcode Stats - 19403

19403 Median: $198,000

| #Beds | Avg Sold Price | Median Sold Price |
|---|---|---|
| 1 Beds | $71,066 | $68,550 |
| 2 Beds | $98,243 | $99,875 |
| 3 Beds | $119,203 | $85,000 |
| 4 Beds | $152,747 | $88,716 |
| 5 Beds | $198,886 | $95,000 |

### Property Information - 617 W Township Line Rd



### Refinance at 3.19%

Loan Type:

| | | |
|---|---|---|
| CapitalOne | **3.19%** APR | GO |
| Quicken Loans | **3.37%** APR | GO |

disclaimer



617 W Township Line Rd | County/Public Record Info

| Address: | 617 W Township Line Rd | APN/Parcel: | 330009772005 | zoning: | AR |
|---|---|---|---|---|---|
| Beds: | 4 | Baths: | 3.0 | Sqft: | 2132 |
| Acres: | 0.502 | Lot Area (sq ft): | - | Pool: | Y |
| Fireplace: | 1 | Heat Type: | CLD | Garage/Park sqft: | 484 |
| Basement Area: | 0 | Roof Type: | - | Air Cond: | - |

Refinance with a 30 yr. Fixed Rate

617 W Township Line Rd | Tax/Assessment

### Demographics - 19403

| Population | 44,260 | Households per Zip | 17,948 |
|---|---|---|---|
| Persons per Household | 2.4 | Income per Household | $75,784 |

| Assessment: | $170,800 |
|---|---|
| Property Taxes: | $5,283.90 |

617 W Township Line Rd | Location Information

| County: | Montgomery County |
|---|---|
| Munic/Township: | East Norriton Township |
| Full PostalCode: | 194034607 |
| Subdivision: | - |

Median age (male) 39.7   Median age (female) 44.2

Metro: Philadelphia-Camden-Wilmington PA-NJ-DE-MD

## Nearby Sold Homes

| Address | Beds | Baths | Sold Price | Sold Date |
|---|---|---|---|---|
| 2609 Township Line Rd Norristown, PA | 3 | 1 | $300,000 | 07-30-2013 |
| 2905 Township Line Rd Norristown, PA | 4 | 3 | $680,000 | 02-05-2013 |
| 605 W Township Line Rd East Norriton, PA | 3 | 1 | $215,000 | 09-05-2012 |

## Nearby Homes For Sale

$324,900 2006 Green Ridge Dr, East Norriton PA
4 beds, 3 baths (2252 sqft home) |
Simple Choice Realty, Inc

$284,900 3202 Sunset Ave, East Norriton PA
4 beds, 2 baths (1966 sqft home) |
Coldwell Banker Preferred

$274,900 3021 Blackwell Rd, East Norriton PA
4 beds, 3 baths (2280 sqft home) |
Bonaventure Realty

$279,000 508 Wellington Rd, East Norriton PA
3 beds, 2 baths (1902 sqft home) |
CENTURY 21 Alliance

$329,900 942 Woodland Ave, East Norriton PA
4 beds, 3 baths (2113 sqft home) |
Keller Williams Real Estate- Blue Bell

$239,900 3242 E Hayes Rd, East Norriton PA
5 beds, 3 baths (2535 sqft home) |
Coldwell Banker Preferred

4.175% 30 YR FIXED Rate
no obligation
Quicken Loans - America's #1 Online Lender. We close our Loans FAST - many in 30 days or less

4.250% 30 YR FIXED Rate
www.capitalone.com
Capital One saving just makes sense click

## Nearby Home Values

| Address | Bed/Bath | Estimated Value |
|---|---|---|
| 1239 W Township Line Rd East Norriton, PA 19403 | 3 / 1.0 | $165,666 |
| 1237 W Township Line Rd Eagleville, PA 19403 | 3 / 3.0 | $240,397 |
| 1233 Township Line Rd East Norriton, PA 19403 | 3 / 2.0 | $165,618 |
| 1228 Township Line Rd East Norriton, PA 19403 | 3 / 1.0 | $173,149 |
| 1215 W Township Line Rd Eagleville, PA 19403 | 4 / 2.0 | $230,239 |
| 1201 Township Line Rd Norristown, PA 19403 | 4 / 1.0 | $247,701 |

## Nearby Schools

| Name | Address (directions) | Grades |
|---|---|---|
| Audubon El Sch | 2785 Egypt Rd | KG - 05 |
| Eagleville El Sch | 125 Summit Ave | KG - 05 |
| Methacton Hs | 1001 Kriebel Mill Road | 09 - 12 |

B6B (Official Form 6B) (12/07)

IN RE <u>TRANKLE, KENNETH R & TRANKLE, PAULETTE</u>                                    Case No. _____
                                Debtor(s)                                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **CAPITAL ONE ACCT -2529** | J | 20,797.45 |
| | | **CITIZENS BANK CARD SERVICES ACCT -1572** | J | 6,818.00 |
| | | **US BANK FREEMASONS ACCT -6795** | H | 9,075.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **HOUSEHOLD FURNISHINGS: LVNG RM 1000; BED RMS 1500; KTCHN 800; TV 1000; COMPTR 800.** | J | 5,100.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **MEN'S WEARING APPAREL** | H | 100.00 |
| | | **WOMENS WEARING APPAREL** | W | 300.00 |
| 7. Furs and jewelry. | | **MENS JEWELRY:  WATCH AND RING** | H | 1,000.00 |
| | | **WOMENS JEWELRY: WTACH M RINGS, NECKLACES, BRACELETS** | W | 1,500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **AXa equitable equi-vest variable annuity ira account 201941082** | W | 2,117.21 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **TRANKLE, KENNETH R & TRANKLE, PAULETTE**                    Case No. _____
    Debtor(s)                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19.  Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | **1999 Mercury Sable** | J | 1,180.00 |
|  | | **2003 Jeep Grand Cherokee** | J | 4,354.00 |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | X | | | |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6B (Official Form 6B) (12/07) - Cont.**

IN RE <u>TRANKLE, KENNETH R & TRANKLE, PAULETTE</u>                    Case No. _____
              Debtor(s)                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **52,341.66** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only



# Kelley Blue Book The Trusted Resource®



STATE FARM    $332
PROGRESSIVE   $358
AM FAMILY     $455
NATIONWIDE    $460

Find the lowest rate, EVEN IF IT'S NOT WITH US.    QUOTE    PROGRESSIVE

Advertisement                                                                Why ads?

# 1999 Mercury Sable Pricing Report

Sell To Private Party



**Style:** GS Sedan 4D
**Mileage:** 125,000



Fair Condition $1,180 | Good Condition $1,555 | Very Good Condition $1,605 | Excellent Condition $1,705

PRIVATE PARTY RANGE

**Private Party Values valid for your area through 3/20/2014**

## Vehicle Highlights

**Fuel Economy:** City 17/Hwy 26/Comb 20 MPG

**Doors:** 4

**Drivetrain:** FWD

**EPA Class:** Midsize Cars

**Country of Origin:** United States

**Max Seating:** 8

**Engine:** V6, 3.0 Liter

**Transmission:** Automatic

**Body Style:** Sedan

**Country of Assembly:** United States

## Your Configured Options

Our pre-selected options, based on typical equipment for this car.

✓ Options that you added while configuring this car.

**Engine**
V6, 3.0 Liter
**Transmission**
Automatic
**Drivetrain**
FWD

**Comfort and Convenience**
Air Conditioning
Power Windows
Power Door Locks
Cruise Control
**Steering**
Power Steering
Tilt Wheel
**Entertainment and Instrumentation**
AM/FM Stereo
Cassette
✓ CD (Single Disc)

**Safety and Security**
Dual Air Bags
**Wheels and Tires**
Steel Wheels

## Glossary of Terms

**Kelley Blue Book® Trade-in Value** - This is the amount you can expect to receive when you trade in your car to a dealer. This value is determined based on the style, condition, mileage and options indicated.

**Trade-In Range** - The Trade-In Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week based on the style, condition, mileage and options of your vehicle when you trade it in to a dealer. However, every dealer is different and values are not guaranteed.

**Kelley Blue Book® Private Party Value** - This is the starting point for negotiation of a used-car sale between a private buyer and seller. This is an "as is" value that does not include any warranties. The final

**Tip:**

It's crucial to know your car's true condition when you sell it, so that you can price it appropriately. Consider having your mechanic give you an objective report.

price depends on the car's actual condition and local market factors.

**Private Party Range** - The Private Party Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week for a vehicle with stated mileage in the selected condition and configured with your selected options, excluding taxes, title and fees when selling to a private party.

**Excellent Condition** - 3% of all cars we value. This car looks new and is in excellent mechanical condition. It has never had paint or bodywork and has an interior and body free of wear and visible defects. The car is rust-free and does not need reconditioning. Its clean engine compartment is free of fluid leaks. It also has a clean title history, has complete and verifiable service records and will pass safety and smog inspection.

**Very Good Condition** - 23% of all cars we value. This car has minor wear or visible defects on the body and interior but is in excellent mechanical condition, requiring only minimal reconditioning. It has little to no paint and bodywork and is free of rust. Its clean engine compartment is free of fluid leaks. The tires match and have 75% or more of tread. It also has a clean title history, with most service records available, and will pass safety and smog inspection.

**Good Condition** - 54% of all cars we value. This car is free of major mechanical problems but may need some reconditioning. Its paint and bodywork may require minor touch-ups, with repairable cosmetic defects, and its engine compartment may have minor leaks. There are minor body scratches or dings and minor interior blemishes, but no rust. The tires match and have 50% or more of tread. It also has a clean title history, with some service records available, and will pass safety and smog inspection.

**Fair Condition** - 18% of all cars we value. This car has some mechanical or cosmetic defects and needs servicing, but is still in safe running condition and has a clean title history. The paint, body and/or interior may need professional servicing. The tires may need replacing and there may be some repairable rust damage.

© 1995-2014 Kelley Blue Book Co.®, Inc. All rights reserved.

© 2014 Kelley Blue Book Co., Inc. All rights reserved. 3/14/2014-3/20/2014 Edition for Pennsylvania 19403. The specific information required to determine the value for this particular vehicle was supplied by the person generating this report. Vehicle valuations are opinions and may vary from vehicle to vehicle. Actual valuations will vary based upon market conditions, specifications, vehicle condition or other particular circumstances pertinent to this particular vehicle or the transaction or the parties to the transaction. This report is intended for the individual use of the person generating this report only and shall not be sold or transmitted to another party. Kelley Blue Book assumes no responsibility for errors or omissions. (v.14032)



Advertisement             Why ads?

# 2003 Jeep Grand Cherokee Pricing Report

**Sell To Private Party**



**Style:** Laredo Sport Utility 4D
**Mileage:** 100,000

Fair Condition **$4,354**

Good Condition **$4,854**

Very Good Condition **$4,979**

Excellent Condition **$5,254**

PRIVATE PARTY RANGE

**Private Party Values valid for your area through 3/20/2014**

## Vehicle Highlights

**Fuel Economy:**
City 14/Hwy 19/Comb 16 MPG

**Max Seating:** 5

**Doors:** 4

**Engine:** 6-Cyl, 4.0 Liter

**Drivetrain:** 4WD

**Transmission:** Automatic

**EPA Class:** Sport Utility Vehicles

**Body Style:** Sport Utility

**Country of Origin:** United States

**Country of Assembly:** United States

## Your Configured Options

Our pre-selected options, based on typical equipment for this car.

✓ Options that you added while configuring this car.

**Engine**
6-Cyl, 4.0 Liter
**Transmission**
Automatic
**Drivetrain**
4WD
**Braking and Traction**
ABS (4-Wheel)

**Comfort and Convenience**
Air Conditioning
Power Windows
Power Door Locks
Cruise Control
**Steering**
Power Steering
Tilt Wheel
**Entertainment and Instrumentation**
AM/FM Stereo
CD (Single Disc)
**Safety and Security**
Dual Air Bags

**Seats**
Power Seat
**Roof and Glass**
Privacy Glass
**Cargo and Towing**
Roof Rack
**Wheels and Tires**
Alloy Wheels

## Glossary of Terms

**Kelley Blue Book® Trade-in Value** - This is the amount you can expect to receive when you trade in your car to a dealer. This value is determined based on the style, condition, mileage and options indicated.

**Trade-In Range** - The Trade-In Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week based on the style, condition, mileage and options of your vehicle when you trade it in to a dealer. However, every dealer is different and values are not guaranteed.

**Kelley Blue Book® Private Party Value** - This is the starting point for negotiation of a used-car sale

**Tip:**

It's crucial to know your car's true condition when you sell it, so that you can price it appropriately. Consider having your mechanic give you an objective report.

between a private buyer and seller. This is an "as is" value that does not include any warranties. The final price depends on the car's actual condition and local market factors.

**Private Party Range** - The Private Party Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week for a vehicle with stated mileage in the selected condition and configured with your selected options, excluding taxes, title and fees when selling to a private party.

**Excellent Condition** - 3% of all cars we value. This car looks new and is in excellent mechanical condition. It has never had paint or bodywork and has an interior and body free of wear and visible defects. The car is rust-free and does not need reconditioning. Its clean engine compartment is free of fluid leaks. It also has a clean title history, has complete and verifiable service records and will pass safety and smog inspection.

**Very Good Condition** - 23% of all cars we value. This car has minor wear or visible defects on the body and interior but is in excellent mechanical condition, requiring only minimal reconditioning. It has little to no paint and bodywork and is free of rust. Its clean engine compartment is free of fluid leaks. The tires match and have 75% or more of tread. It also has a clean title history, with most service records available, and will pass safety and smog inspection.

**Good Condition** - 54% of all cars we value. This car is free of major mechanical problems but may need some reconditioning. Its paint and bodywork may require minor touch-ups, with repairable cosmetic defects, and its engine compartment may have minor leaks. There are minor body scratches or dings and minor interior blemishes, but no rust. The tires match and have 50% or more of tread. It also has a clean title history, with some service records available, and will pass safety and smog inspection.

**Fair Condition** - 18% of all cars we value. This car has some mechanical or cosmetic defects and needs servicing, but is still in safe running condition and has a clean title history. The paint, body and/or interior may need professional servicing. The tires may need replacing and there may be some repairable rust damage.

© 1995-2014 Kelley Blue Book Co.®, Inc. All rights reserved.

© 2014 Kelley Blue Book Co., Inc. All rights reserved. 3/14/2014-3/20/2014 Edition for Pennsylvania 19403. The specific information required to determine the value for this particular vehicle was supplied by the person generating this report. Vehicle valuations are opinions and may vary from vehicle to vehicle. Actual valuations will vary based upon market conditions, specifications, vehicle condition or other particular circumstances pertinent to this particular vehicle or the transaction or the parties to the transaction. This report is intended for the individual use of the person generating this report only and shall not be sold or transmitted to another party. Kelley Blue Book assumes no responsibility for errors or omissions. (v.14032)

B6C (Official Form 6C) (04/13)

IN RE **TRANKLE, KENNETH R & TRANKLE, PAULETTE**                                    Case No. _____
_____
Debtor(s)                                                                                                      (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:                    ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)

☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **HOUSEHOLD FURNISHINGS: LVNG RM 1000; BED RMS 1500; KTCHN 800; TV 1000; COMPTR 800.** | 11 USC § 522(d)(3) | 5,100.00 | 5,100.00 |
| **MEN'S WEARING APPAREL** | 11 USC § 522(d)(3) | 100.00 | 100.00 |
| **MENS JEWELRY:  WATCH AND RING** | 11 USC § 522(d)(4) | 1,000.00 | 1,000.00 |
| **WOMENS JEWELRY: WTACH M RINGS, NECKLACES, BRACELETS** | 11 USC § 522(d)(4) | 1,500.00 | 1,500.00 |
| **AXa equitable equi-vest variable annuity ira account 201941082** | 11 USC § 522(d)(12) | 2,117.21 | 2,117.21 |
| **1999 Mercury Sable** | 11 USC § 522(d)(2) | 1,180.00 | 1,180.00 |
| **2003 Jeep Grand Cherokee** | 11 USC § 522(d)(2) | 4,354.00 | 4,354.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

IN RE **TRANKLE, KENNETH R & TRANKLE, PAULETTE**                          Case No. _____
_____
                    Debtor(s)                                                        (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9079**<br><br>**CITIZENS BANK**<br>**PO BOX 42008**<br>**PROVIDENCE, RI  02940-2008** | | H | **SECURED LINE OF CREDIT OPENED 2004**<br>**SECURED ON 617 W TOWNSHIP LN RD NORRISTOWN PA 19403**<br><br>VALUE $ | | | | 49,877.73 | 49,877.73 |
| ACCOUNT NO. **5023**<br><br>**CITIZENS BANK**<br>**ONE CITIZENS DRIVE**<br>**RIVERSIDE, RI  02915** | | J | **HOME EQUITY LOAN OPENED 2003**<br><br>VALUE $ | | | | 160,000.00 | 160,000.00 |
| ACCOUNT NO.<br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | | <br><br>VALUE $ | | | | | |

_____ **0** continuation sheets attached

Subtotal
(Total of this page)   $ **209,877.73**   $ **209,877.73**

Total
(Use only on last page)   $ **209,877.73**   $ **209,877.73**

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13)

**IN RE** TRANKLE, KENNETH R & TRANKLE, PAULETTE _____    Case No. _____
                                         Debtor(s)                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
  Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
  Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
  Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
  Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
  Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
  Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07)**

IN RE **TRANKLE, KENNETH R & TRANKLE, PAULETTE**      Case No. _____
Debtor(s) (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0510** <br> **BANK OF AMERICA** <br> **PO BOX 15019** <br> **WILMINGTON, DE 19886-5019** | | H | **UNSECURED CREDIT CARD OPENED 2004** | | | | **9,255.25** |
| ACCOUNT NO. **2529** <br> **CAPITAL ONE** <br> **PO BOX 71083** <br> **CHARLOTTE, NC 28272-1083** | | J | **UNSECURED CREDIT CARD OPENED 2003** | | | | **21,393.00** |
| ACCOUNT NO. **6795** <br> **US BANK** <br> **CARDMEMBER SERVICES** <br> **POB 790408** <br> **ST LOUIS, MO 63179-0408** | | J | **UNSECURED CREDIT CARD OPENED 2008** | | | | **9,059.49** |
| ACCOUNT NO. | | | | | | | |

**0** continuation sheets attached

Subtotal (Total of this page) $ <b>39,707.74</b>

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ <b>39,707.74</b>

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **TRANKLE, KENNETH R & TRANKLE, PAULETTE**                                    Case No. _____
_____                                         (If known)
                                Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

   Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE __TRANKLE, KENNETH R & TRANKLE, PAULETTE_____    Case No. _____
                         Debtor(s)                                                                              (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **KENNETH R TRANKLE** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **PAULETTE TRANKLE** |
| (Spouse, if filing) | First Name          Middle Name          Last Name |

United States Bankruptcy Court for the:  Eastern District of Pennsylvania

Case number
(if known)  _____

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
   chapter 13 income as of the following date:
   _____
   MM / DD / YYYY

Official Form 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may Include student or homemaker, if it applies.

| | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|
| Employment status | ☐ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | _____ | _____ |
| Employer's name | _____ | _____ |
| Employer's address | _____<br>Number   Street | _____<br>Number   Street |
| | _____ | _____ |
| | _____<br>City         State   ZIP Code | _____<br>City         State   ZIP Code |
| How long employed there? | _____ | _____ |

## Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.  $ __0.00__ | $ __0.00__ |
| 3. | **Estimate and list monthly overtime pay.** | 3.  + $ __0.00__ | + $ __0.00__ |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4.  $ __0.00__ | $ __0.00__ |

Debtor 1  KENNETH R TRANKLE
First Name   Middle Name   Last Name

Case number (if known)

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|

Copy line 4 here ...................................................... 4.  $ 0.00    $ 0.00

5. List all payroll deductions:

5a. Tax, Medicare, and Social Security deductions   5a.  $ 0.00   $ 0.00
5b. Mandatory contributions for retirement plans   5b.  $ 0.00   $ 0.00
5c. Voluntary contributions for retirement plans   5c.  $ 0.00   $ 0.00
5d. Required repayments of retirement fund loans   5d.  $ 0.00   $ 0.00
5e. Insurance   5e.  $ 0.00   $ 0.00
5f. Domestic support obligations   5f.  $ 0.00   $ 0.00
5g. Union dues   5g.  $ 0.00   $ 0.00
5h. Other deductions. Specify: _____   5h. + $ 0.00   + $ 0.00

6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h.   6.  $ 0.00   $ 0.00

7. Calculate total monthly take-home pay. Subtract line 6 from line 4.   7.  $ 0.00   $ 0.00

8. List all other income regularly received:

8a. Net income from rental property and from operating a business, profession, or farm
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.  $ 0.00   $ 0.00

8b. Interest and dividends   8b.  $ 0.00   $ 0.00

8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.  $ 0.00   $ 0.00

8d. Unemployment compensation   8d.  $ 0.00   $ 0.00
8e. Social Security   8e.  $ 1,952.00   $ 708.00

8f. Other government assistance that you regularly receive
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____   8f.  $ 0.00   $ 0.00

8g. Pension or retirement income   8g.  $ 0.00   $ 0.00
8h. Other monthly income. Specify: CONTIBUTION FROM DAUGH   8h. + $ 1,330.00   + $ 0.00

9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9.  $ 3,282.00   $ 708.00

10. Calculate monthly income. Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10.  $ 3,282.00  +  $ 708.00  =  $ 3,990.00

11. State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.
Specify: _____   11. + $ 0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies   12.  $ 3,990.00
Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
☐ No.
☑ Yes. Explain:   FAMILY MEMBER MAY SECURE A SECOND JOB

Official Form 6I   Schedule I: Your Income   page 2

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

Debtor 1    **KENNETH R TRANKLE**
      First Name      Middle Name      Last Name

Debtor 2    **PAULETTE TRANKLE**
(Spouse, if filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13
expenses as of the following date:
_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2
maintains a separate household

Official Form 6J

# Schedule J: Your Expenses
                                                        12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number
(if known). Answer every question.

## Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☐ No.  Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**

        ☑ No
        ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**    ☑ No

   Do not list Debtor 1 and
   Debtor  2.

   Do not state the dependents'
   names.

   ☐ Yes. Fill out this information for
   each dependent.........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
      ☑ No
      ☐ Yes

## Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report
expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the
applicable date.

Include expenses paid for with non-cash government assistance if you know the value of
such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | Your expenses |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and
   any rent for the ground or lot.

   4.    $ _____**1,124.00**

   **If not included in line 4:**

   4a.   Real estate taxes                                        4a.   $ _____**0.00**

   4b.   Property, homeowner's, or renter's insurance         4b.   $ _____**0.00**

   4c.   Home maintenance, repair, and upkeep expenses     4c.   $ _____**0.00**

   4d.   Homeowner's association or condominium dues      4d.   $ _____**0.00**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Debtor 1   **KENNETH R TRANKLE**
First Name        Middle Name        Last Name        Case number *(if known)*_____

| | | Your expenses |
|---|---|---|

5. **Additional mortgage payments for your residence,** such as home equity loans   5.   $_____ **0.00**

6. **Utilities:**

  6a.   Electricity, heat, natural gas   6a.   $_____ **550.00**

  6b.   Water, sewer, garbage collection   6b.   $_____ **220.00**

  6c.   Telephone, cell phone, Internet, satellite, and cable services   6c.   $_____ **200.00**

  6d.   Other. Specify: _____   6d.   $_____

7. **Food and housekeeping supplies**   7.   $_____ **400.00**

8. **Childcare and children's education costs**   8.   $_____ **0.00**

9. **Clothing, laundry, and dry cleaning**   9.   $_____ **20.00**

10. **Personal care products and services**   10.   $_____ **0.00**

11. **Medical and dental expenses**   11.   $_____ **50.00**

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.   12.   $_____ **40.00**

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**   13.   $_____ **0.00**

14. **Charitable contributions and religious donations**   14.   $_____ **0.00**

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

  15a.   Life insurance   15a.   $_____ **0.00**

  15b.   Health insurance   15b.   $_____ **222.00**

  15c.   Vehicle insurance   15c.   $_____ **175.00**

  15d.   Other insurance. Specify: **HOME OWNERS INSURANCE- NOT ES**   15d.   $_____ **145.00**

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____   16.   $_____ **0.00**

17. **Installment or lease payments:**

  17a.   Car payments for Vehicle 1   17a.   $_____ **0.00**

  17b.   Car payments for Vehicle 2   17b.   $_____ **0.00**

  17c.   Other. Specify: _____   17c.   $_____ **0.00**

  17d.   Other. Specify: _____   17d.   $_____ **0.00**

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from
your pay on line 5,** *Schedule I, Your Income* (Official Form 6I).   18.   $_____ **0.00**

19. **Other payments you make to support others who do not live with you.**
Specify: _____   19.   $_____ **0.00**

20. **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.*

  20a.   Mortgages on other property   20a.   $_____ **0.00**

  20b.   Real estate taxes   20b.   $_____ **480.00**

  20c.   Property, homeowner's, or renter's insurance   20c.   $_____ **0.00**

  20d.   Maintenance, repair, and upkeep expenses   20d.   $_____ **0.00**

  20e.   Homeowner's association or condominium dues   20e.   $_____ **0.00**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Debtor 1    **KENNETH R TRANKLE**
First Name    Middle Name    Last Name        Case number (if known)_____

21.  **Other**. Specify: _____    21.    +$_____0.00_____

22.  **Your monthly expenses.** Add lines 4 through 21.
     The result is your monthly expenses.    22.    $_____3,626.00_____

23.  **Calculate your monthly net income.**

     23a.  Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.    $_____3,990.00_____

     23b.  Copy your monthly expenses from line 22 above.    23b.    −$_____3,626.00_____

     23c.  Subtract your monthly expenses from your monthly income.
           The result is your *monthly net income*.    23c.    $_____364.00_____

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

     For example, do you expect to finish paying for your car loan within the year or do you expect your
     mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

     ☑ No.
     ☐ Yes.    **None**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

**IN RE** TRANKLE, KENNETH R & TRANKLE, PAULETTE                                    Case No. _____

Debtor(s)                                                                                          (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**14** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **March 20, 2014** _____        Signature: */s/ KENNETH R TRANKLE* _____
                                                                  **KENNETH R TRANKLE**                                                    Debtor

Date: **March 20, 2014** _____        Signature: */s/ PAULETTE TRANKLE* _____
                                                                  **PAULETTE TRANKLE**                                         (Joint Debtor, if any)
                                                                                                          [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____
(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____        Signature: _____

                                                              _____
                                                              (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only